IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
MARY CLARK,                       )
                                  )
          Plaintiff,              )     8:09CV315
                                  )
     v.                           )
                                  )
CAPITAL ONE BANK, INC., and       )     ORDER
BRUMBAUGH AND QUANDAHL, P.C.,     )
LLO,                              )
                                  )
          Defendants.             )
_____)
```

       This matter is before the Court on plaintiff's motion to amend complaint (Filing No. 17). The Court notes no objection has been filed. Accordingly,

       IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until November 30, 2009, to file her amended complaint.

       DATED this 19th day of November, 2009.

       BY THE COURT:

       /s/ Lyle E. Strom

       _____
       LYLE E. STROM, Senior Judge
       United States District Court