IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
MARY CLARK,                       )
                                  )
          Plaintiff,              )       8:09CV315
                                  )
     v.                           )
                                  )
CAPITAL ONE BANK, INC., and       )       ORDER
BRUMBAUGH AND QUANDAHL, P.C.,     )
LLO,                              )
                                  )
          Defendants.             )
_____)
```

This matter is before the Court on several motions the parties have filed.

IT IS ORDERED:

1) Defendant Capital One Bank's motion for protective order (Filing No. 56) is granted; access to Filing No. 43 is restricted to court personnel and counsel of record in order to protect personal data identifiers inadvertently left therein;

2) Plaintiff Mary Clark ("Clark") shall file an opposing brief to defendant Brumbaugh & Quandahl's ("B & Q") motion to quash (Filing No. 64) no later than **Wednesday, June 9, 2010,** and B & Q shall file a reply brief no later than **Monday, June 16, 2010;** and

3) B & Q shall file an opposing brief to Clark's motion to compel (Filing No. 69) no later than **Wednesday, June 9,**

**2010,** and B & Q shall file a reply brief no later than **Monday, June 16, 2010.**

DATED this 3rd day of June, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court