```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                      DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MARY CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV315 |
| | ) | |
| v. | ) | |
| | ) | |
| CAPITAL ONE BANK, INC., and | ) | ORDER |
| BRUMBAUGH AND QUANDAHL, P.C., | ) | |
| LLO, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the stipulation of the parties for leave to extend time to file plaintiff's briefs in reply and opposition to summary judgment motions (Filing No. 73). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED:

1) Plaintiff shall have until July 7, 2010, to file her reply and oppositions to the motions for summary judgment.

2) Defendants shall have until July 16, 2010, to file their briefs.

DATED this 3rd day of June, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court