```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

MARY CLARK,                    )
                               )
          Plaintiff,           )        8:09CV315
                               )
     v.                        )
                               )
CAPITAL ONE BANK, INC., and    )        ORDER
BRUMBAUGH AND QUANDAHL, P.C.,  )
LLO,                           )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on several pending motions in this case.

IT IS ORDERED:

1) Defendant Brumbaugh & Quandahl, P.C., L.L.O.'s motion to quash deposition of Kirk E. Brumbaugh, for protective order, and for sanctions (Filing No. 64) is denied in full;

2) Plaintiff's motion to compel discovery responses (Filing No. 69) is granted; B & Q shall produce documents responsive to plaintiff's Request for Production of Documents Nos. 5 & 9;

3) Plaintiff's motion to quash notice of deposition of plaintiff Mary Clark (Filing No. 83) is granted; the parties will re-schedule this deposition for a date and time convenient for counsel of all parties; and

      4)   Plaintiff's motion for status conference (Filing No. 74) is denied.

      DATED this 8th day of June, 2010.

                    BY THE COURT:

                      /s/ Lyle E. Strom  
                      _____  
                      LYLE E. STROM, Senior Judge  
                      United States District Court