IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
MARY CLARK,                       )
                                  )
          Plaintiff,              )      8:09CV315
                                  )
     v.                           )
                                  )
CAPITAL ONE BANK, INC., and       )      ORDER
BRUMBAUGH AND QUANDAHL, P.C.,     )
LLO,                              )
                                  )
          Defendants.             )
_____)
```

This matter is before the Court on plaintiff's motion for leave to restrict access to plaintiff's evidence index regarding summary judgment (Filing No. 92). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff may file as restricted her unredacted evidence index regarding summary judgment.

DATED this 13th day of July, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court