```
             IN THE UNITED STATES DISTRICT COURT FOR THE

                          DISTRICT OF NEBRASKA

MARY CLARK,                    )
                               )
            Plaintiff,         )         8:09CV315
                               )
      v.                       )
                               )
CAPITAL ONE BANK, INC., and    )         ORDER
BRUMBAUGH AND QUANDAHL, P.C.,  )
LLO,                           )
                               )
            Defendants.        )
_____)
```

      This matter is before the Court on defendant Brumbaugh & Quandahl's motion for leave to file unredacted documents and to restrict access to defendant's evidence regarding summary judgment (Filing No. 98) and defendant Capital One Bank's motion for leave to restrict access to plaintiff's [sic] evidence index regarding summary judgment (Filing No. 101). The Court finds the motions should be granted. Accordingly,

      IT IS ORDERED that the motions are granted; defendants shall file unredacted indexes of evidence, to which access will be limited to the parties herein and the Court.

      DATED this 20th day of July, 2010.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court