IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARY CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV315 |
| | ) | |
| v. | ) | |
| | ) | |
| CAPITAL ONE BANK, INC., and | ) | ORDER |
| BRUMBAUGH AND QUANDAHL, P.C., | ) | |
| LLO, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on the stipulation of
dismissal as to Capital One Bank only (Filing No. 125). The
Court will approve and adopt the stipulation. Accordingly,

IT IS ORDERED that the stipulation is approved and
adopted. Capital One Bank (USA) N.A. is dismissed with
prejudice, each party to pay its own attorney fees and costs.

DATED this 12th day of August, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court